**GIBSON DUNN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/20/2025__

October 17, 2025

<u>VIA ELECTRONIC FILING</u>

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Emmanuel Miamen v. Louis Vuitton North America, Inc.*, No. 1:25-CV-07183 (S.D.N.Y.) [rel. 1:25-CV-7109]

Dear Judge Torres:

Pursuant to Section 1(C) of this Court's Individual Rules of Practice in Civil Cases, Defendant Louis Vuitton North America, Inc. ("LVNA") respectfully requests a brief stay of the deadlines to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order ("CMP"), and to advise the Court whether they are willing to conduct all further proceedings before the assigned Magistrate Judge, which are currently set for November 14, 2025. Dkts. 8, 9. This is the first request for an extension of time to submit the joint letter and jointly proposed CMP and to advise the Court of the parties' willingness to proceed before the assigned Magistrate Judge. The parties have conferred and Plaintiff consents to this request.

The deadline for LVNA to respond to the Complaint filed on August 28, 2025, Dkt. 1, is currently stayed by order of this Court pending the Judicial Panel on Multidistrict Litigation's ("JPML") resolution of a motion to transfer and centralize this and other actions into a Multidistrict Litigation, Dkt. 15. Briefing on the motion to centralize is now complete, and the JPML has scheduled oral argument on the motion for December 4, 2025. *In re: Salesforce, Inc. Data Sec. Breach Litig.*, MDL No. 3164 (J.P.M.L.), Dkt. Nos. 121, 127. The JPML is likely to issue a decision on the motion to centralize soon thereafter. *See, e.g.*, *In re Accellion, Inc., Customer Data Sec. Breach Litig.*, 543 F. Supp. 3d 1372, 1372, 1373 n.2 (J.P.M.L. 2021) (panel heard oral argument on May 27, 2021, and issued decision on June 7, 2021); *see also* "Inside the JPML," 108 JUDICATURE 2 (2024), https://judicature.duke.edu/articles/inside-the-jpml/ (Chair of JPML stating that "[t]he JPML strives to issue its orders within two weeks of the hearing session.").

In the interests of efficiency and to conserve the Court's and the parties' resources, the parties respectfully request that the Court stay the deadlines to submit a joint letter and a jointly proposed CMP and to advise the Court whether they are willing to conduct all further proceedings before the assigned Magistrate Judge pending resolution of the centralization motion, which is expected before the end of the year. *See Ritchie Capital Mgmt., LLC v. Gen. Elec. Capital Corp.*, 87 F. Supp. 3d 463, 471 (S.D.N.Y. 2015) (staying proceedings where "the JPML . . . is likely to resolve [the centralization] motion promptly" and "a stay serves the judicial and public interest in

**GIBSON DUNN**

Hon. Analisa Torres

October 17, 2025
Page 2

letting the JPML decide if the interests in efficiency and economy favor consolidation and transfer.").

    We thank the Court for its consideration of this request.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein

    GRANTED.  The deadline for the parties to submit a joint letter and proposed case management plan is STAYED pending the Judicial Panel on Multidistrict Litigation's resolution of the motion to transfer and centralize this action and other actions.

Dated: October 20, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge