UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL MIAMEN and TIFFANY HAWES,
individually and on behalf of all others similarly
situated,

                       Plaintiffs,

           -against-

LOUIS VUITTON NORTH AMERICA, INC.,

                      Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  2/10/2026 |

25 Civ. 7183 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiffs' motion to consolidate, filed on February 9, 2026, states that "Defendant informed Plaintiffs' counsel that it intends to submit a separate statement in response to this motion." ECF No. 22 at 8 n.1. Accordingly, by **February 24, 2026**, Defendant shall submit its response.

      SO ORDERED.

Dated: February 10, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge